IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| LARRY D. NICHOL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:11-CV-660 |
| DANIEL A. DAY, | ) | |
| and | ) | |
| EXPEDITED FREIGHT, INC. | ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF DEPOSITION

**TO:** All Counsel of Record

Please take notice that the deposition of Plaintiff Larry D. Nichol will be taken on **January 12, 2012**, at the offices of THE HORN LAW FIRM, 19049 Valley View Parkway, Suite J, Independence, MO 64055. Following Plaintiff's deposition, counsel for Defendant will take the deposition of Kathy Nichol. The depositions will begin at 9:00 a.m. and 1:00 p.m. respectively. The depositions will be taken before a notary public authorized by law to administer oaths and take deposition testimony. The depositions will be upon oral examination pursuant to, and for all the uses and purposes provided in the Federal Rules of Civil Procedure. The oral examination will continue from day to day until completed.

Respectfully submitted,

*/s/ Jeremy T. Johnston*
Bradley S. Russell  MO  #39392
Jeremy T. Johnston  MO  #62985
Sanders Warren & Russell, LLP
40 Corporate Woods, Ste. 1250
9401 Indian Creek Parkway
Overland Park, KS 66210
Telephone: (913) 234-6100

Facsimile: (913) 234-6199
b.russell@swrllp.com
j.johnston@swrllp.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Laurie Del Percio, The Horn Law Firm, 19049 Valley View Parkway, Suite J, Independence, MO 64055; ldelpercio@hornlaw.com; Attorneys for Plaintiff;

I hereby certify that a copy of the foregoing was sent, via first class mail, postage pre-paid, this 8th day of December, 2011, to: Laurie Del Percio, The Horn Law Firm, 19049 Valley View Parkway, Suite J, Independence, MO 64055; ldelpercio@hornlaw.com; Attorneys for Plaintiff.

*/s/ Jeremy T. Johnston*
Attorney for Defendant