IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

LARRY D. NICHOL, )
    Plaintiff, )
vs. ) JUDGMENT IN A CIVIL CASE
 )
DANIEL A. DAY, et al., )
 ) Case No. 11-0660-CV-W-ODS
    Defendant. )
 )
 )
 )

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_\_ **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

    **IT IS ORDERED AND ADJUDGED** entering judgment in favor of Plaintiff and against Defendants in the amount of $210,640.87, plus $1,990.15 in accrued costs/\. Plaintiffs motion to determine law is denied as moot.

                                          ANN THOMPSON,
                                          Clerk of Court

DATE: 03/08/2012                             /s/ Eva Will-Fees
                                                     Eva Will-Fees, Courtroom Deputy